UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

No. 1:26-cr-85

v.

INDICTMENT
**PENALTY SHEET**

BRENT ALAN TOMPKINS,

Defendant.
______________________________/

**COUNT 1 –** False Impersonation of a Federal Officer – 18 U.S.C. § 912

**Maximum penalty:** Not more than 3 years and/or $250,000 fine [18 U.S.C. § 3571]
**Supervised Release:** Not more than 1 year [18 U.S.C. § 3583] (Class E Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]
**Restitution**: 18 U.S.C. § 3663

**COUNT 2 –** Unauthorized Use of Coast Guard Insignia – 14 U.S.C. § 933

**Maximum penalty:** Not more than 2 years and/or $250,000 fine [18 U.S.C. § 3571]
**Supervised Release:** Not more than 1 year [18 U.S.C. § 3583] (Class E Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]

**COUNT 3 –** Discharge of Pollutant into Navigable Water – 33 U.S.C. §§ 1311(a), 1319(c)(2)(A)

**Maximum penalty:** Not more than 3 years, and/or not less than $5,000 nor more than $50,000 per day of violation [33 U.S.C. § 1912(c)(2)(A)]
**Supervised Release:** Not more than 1 year [18 U.S.C. § 3583] (Class E Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]

Date: August 19, 2026

*/s/Theodore J. Greeley*
Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046